# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | Case Number: 4:17-CR-122(02) |
| v. § | Judge Mazzant |
| § | |
| AMELIA JAYNE SANDOVAL § | |

## MEMORANDUM OPINION & ORDER

Pending before the Court is Defendant's *Pro Se* Motion for Reconsideration (Dkt. #169). The Court, having considered the Motion, the response, the record, and the applicable law, finds that the motion should be **DENIED**.

## BACKGROUND

On June 7, 2018, Defendant Amelia Jayne Sandoval ("Sandoval") pleaded guilty to Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine in violation of 21 U.S.C. § 846 (Dkt. #113). The Court sentenced Sandoval to 100 months' imprisonment. (Dkt. #158). Sandoval is serving her sentence at FMC Carswell in Fort Worth, Texas. *See* https://www.bop.gov/inmateloc/ (Register Number: 27224-078). The Bureau of Prisons ("BOP") projects Sandoval's release date to be August 22, 2024. *Id.*

On May 13, 2020, Sandoval moved for compassionate release because of concerns related to COVID-19 (Dkt. #161). The Government responded that Sandoval had not shown a right to relief on the merits because her reasons for release were not "extraordinary and compelling" (Dkt. #162). The Court denied her motion on June 8, 2020 for failure to exhaust her administrative remedies (Dkt. #165). On June 14, 2020, Sandoval moved for reconsideration, and the Court denied the motion on October 19, 2021 because Sandoval's conditions were not severe enough to

constitute "extraordinary and compelling reasons" under § 3582(c)(1)(A)(i). On April 4, 2022, Sandoval again moved for reconsideration (Dkt. #169).

## DISCUSSION

Sandoval has not asserted any new bases for reconsideration in her motion. For the same reasons this Court denied her previous motion for reconsideration on October 19, 2021, the Court must deny the present motion.

## CONCLUSION

It is therefore **ORDERED** that Defendant's *Pro Se* Motion for Reconsideration (Dkt. #169) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 31st day of May, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE